42636. WALKER, Executor v. STATE HIGHWAY
DEPARTMENT.

JORDAN, Judge. The record in this case not showing a compliance with the mandatory provisions of §§ 6 and 11 (Ga. L. 1965, pp. 18, 21, 26; *Code Ann.* §§ 6-804, 6-806), the motion to dismiss must be granted. *Davis v. Davis,* 222 Ga. 579 (151 SE2d 123); *Benecke v. Boyer,* 115 Ga. App. 99 (153 SE2d 668); *Elliott v. Leathers,* 115 Ga. App. 352; *Herrington v. Leathers,* 115 Ga. App. 282.

*Appeal dismissed. Bell, P. J., and Pannell, J., concur.*

ARGUED MARCH 7, 1967—DECIDED MARCH 10, 1967—
REHEARING DENIED MARCH 23, 1967.

*Preston L. Holland,* for appellant.

*Arthur K. Bolton, Attorney General, Richard L. Chambers, Assistant Attorney General, John R. Strother, Jr., Paul M. Hawkins, Special Deputy Assistant Attorneys General, Harold Sheats, George Gillon,* for appellee.